**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __**11**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Oilfield Equipment Rental, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba Rapid Flow Testing** |
| 3. | Debtor's federal Employer Identification Number (EIN) | __2_ _0_ – _5_ _5_ _1_ _4_ _6_ _6_ _5__ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3800 South County Rd 1232** | **P.O. Box 905** |
| Number    Street | Number    Street |
| | P.O. Box |
| **Midland**          **TX**    **79706** | **Hobbs**          **NM**    **88241** |
| City          State    ZIP Code | City          State    ZIP Code |
| **Midland** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City          State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Oilfield Equipment Rental, LLC**                    Case number (if known) _____

| | |
|---|---|
| 7. **Describe debtor's business** | *A. Check one:* |

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

*B. Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.   *Check all that apply:*

  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  - ☐ A plan is being filed with this petition.

  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

Debtor  **Oilfield Equipment Rental, LLC**                                    Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____   When _____   Case number _____
                                            MM / DD / YYYY
            District _____   When _____   Case number _____
                                            MM / DD / YYYY
            District _____   When _____   Case number _____
                                            MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases.  If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor  **Completion Resources, LLC**          Relationship _____
             District **Eastern**                             When  **07/25/2023**
                                                                    MM / DD / YYYY
             Case number, if known  **23-41324**

             Debtor _____                          Relationship _____
             District _____                        When _____
                                                                    MM / DD / YYYY
             Case number, if known _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

       **Why does the property need immediate attention?**     *(Check all that apply.)*

       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
          What is the hazard? _____

       ☐ It needs to be physically secured or protected from the weather.

       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

       ☐ Other _____

       **Where is the property?**  _____
                                   Number      Street

                                   _____

                                   _____
                                   City                          State    ZIP Code

       **Is the property insured?**

       ☐ No
       ☐ Yes.  Insurance agency _____
               Contact name _____
               Phone _____

Debtor  **Oilfield Equipment Rental, LLC**_____    Case number (if known) _____

## Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

**14. Estimated number of creditors**

| | | | | |
|---|---|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **07/25/2023**_____
MM / DD / YYYY

X **/s/ Nancy Fuller**_____
Signature of authorized representative of debtor
**Nancy Fuller**_____
Printed name
**Member**_____
Title

Debtor   **Oilfield Equipment Rental, LLC**                                      Case number (if known) _____

| 18. | Signature of attorney | **X** | **/s/ Howard Marc Spector** | | Date | **07/25/2023** |
|---|---|---|---|---|---|---|

Signature of attorney for debtor                                               MM / DD / YYYY

**Howard Marc Spector**
Printed name

**Spector & Cox, PLLC**
Firm name

**12770 Coit Road**
Number        Street

**Suite 850**

**Dallas**                                              **TX**        **75251**
City                                                     State        ZIP Code

**(214) 365-5377**                                       **hms7@cornell.edu**
Contact phone                                            Email address

**00785023**                                             **TX**
Bar number                                               State

**Fill in this information to identify the case**

Debtor name   **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of
   debtor's interest**

2. **Cash on hand**

   _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **First American Bank** | **Checking account** | **7 1 1 1** | **$200,808.73** |

4. **Other cash equivalents**   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$200,808.73**

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

Debtor   **Oilfield Equipment Rental, LLC**_____      Case number (if known) _____
          Name

**Current value of
debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1.  **National Bank of Stanton - 3 month prepayment**_____      $42,000.00

**9.** **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.          | $42,000.00 |

---

## Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☒ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **$7,006.00** | – | **$0.00** | = ............ ➔ | **$7,006.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$62,890.54** | – | **$0.00** | = ............ ➔ | **$62,890.54** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.          | $69,896.54 |

---

## Part 4:  Investments

**13.** **Does the debtor own any investments?**

   ☒ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| **14.** **Mutual funds or publicly traded stocks not included in Part 1** | | |
|    Name of fund or stock: | | |
| **15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
|    Name of entity:                    % of ownership: | | |
| **16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
|    Describe: | | |

**17.** **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.          | $0.00 |

---

## Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☒ Yes.  Fill in the information below.

| Debtor | Oilfield Equipment Rental, LLC | | Case number (if known) _____ |
|---|---|---|---|
| | Name | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** Raw materials | | | | |
| **20.** Work in progress | | | | |
| **21.** Finished goods, including goods held for resale | | | | |
| 275 chemical totes | | | | $9,000.00 |
| **22.** Other inventory or supplies | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                              **$9,000.00**

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** Crops--either planted or harvested | | | |
| **29.** Farm animals  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** Farm machinery and equipment  (Other than titled motor vehicles) | | | |
| **31.** Farm and fishing supplies, chemicals, and feed | | | |
| **32.** Other farming and fishing-related property not already listed in Part 6 | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                              **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __Oilfield Equipment Rental, LLC_____    Case number (if known) _____
      Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

    **$0.00**

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

**51.  Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

    **$0.00**

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☐ Yes

Document      Page 10 of 30

| Debtor | Oilfield Equipment Rental, LLC | Case number (if known) |
|--------|-------------------------------|------------------------|
| | Name | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3800 South County Rd 1232, Midland, TX 79706** Warehouse | Fee simple | | | **$3,300,000.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$3,300,000.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

**$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __Oilfield Equipment Rental, LLC_____    Case number (if known) _____
              Name

---

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                              **Current value of
                                                                              debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                    | $0.00 |
     Add lines 71 through 77.  Copy the total to line 90.                      |-------|

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

---

Debtor   **Oilfield Equipment Rental, LLC**                         Case number (if known) _____
Name

---

**Part 12:** **Summary**

---

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $200,808.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $42,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $69,896.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $9,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..................................➔ | | $3,300,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $321,705.27 + 91b. | $3,300,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................... | | **$3,621,705.27**

**Fill in this information to identify the case:**

Debtor name  **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** Creditor's name **First National Bank of Stanton** | **Describe debtor's property that is subject to a lien** | $1,650,000.00 | $0.00 |

**2.1**

Creditor's name
**First National Bank of Stanton**

Creditor's mailing address
**119 N Saint Peter St,**

_____

**Stanton              TX    79782**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
**3800 South County Rd 1232, Midland, 79706**

**Describe the lien**
**Construction  Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                                    $1,650,000.00

| Debtor | **Oilfield Equipment Rental, LLC** | Case number (if known) |

---

## Part 1:   Additional Page

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

**2.2**  Creditor's name
**Midland College**

Describe debtor's property that is subject to a lien

**$0.00**    **$3,300,000.00**

Creditor's mailing address
**PO Box 908002**

**Warehouse**

Describe the lien

**Taxes**

**Midland          TX     79708-0002**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☒ No.  Specify each creditor, including this creditor, and its relative priority.

**1) Midland County; 2) Midland Hospital; 3) Midland ISD; 4) Midland College.**

  ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**  Creditor's name
**Midland County**

Describe debtor's property that is subject to a lien

**$0.00**    **$3,300,000.00**

Creditor's mailing address
**PO Box 908002**

**Warehouse**

Describe the lien

**Taxes**

**Midland          TX     79708-0002**

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes.  Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  ☒ Yes.  The relative priority of creditors is specified on lines **2.2**

Debtor  **Oilfield Equipment Rental, LLC** _____  Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **Part 1:** | **Additional Page** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

### 2.4  Creditor's name
**Midland Hospital**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**
**PO Box 908002**

**Warehouse**

**Describe the lien**

**Taxes**

**Midland          TX     79708-0002**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes.  The relative priority of creditors is specified on lines **2.2**

Column A: **$0.00**  Column B: **$3,300,000.00**

### 2.5  Creditor's name
**Midland ISD**

**Describe debtor's property that is subject to a lien**

**Creditor's mailing address**
**PO Box 908002**

**Warehouse**

**Describe the lien**

**Taxes**

**Midland          TX     79708-0002**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☒ Yes.  The relative priority of creditors is specified on lines **2.2**

Column A: **$0.00**  Column B: **$3,300,000.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Oilfield Equipment Rental, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**    Priority creditor's name and mailing address

_____
_____
_____
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ___ )

**As of the petition filing date, the claim is:** *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Debtor   **Oilfield Equipment Rental, LLC**                    Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |

**Broadhead, LLC**

**1701 Turkey Creek Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mineral Wells**          **TX**      **76067**

Basis for the claim: **Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Card Service Center**

**PO Box 569100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75356-9100**

Basis for the claim: **Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,139.25** |

**Forum US, Inc.**

**PO Box 203325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**      **75320-3325**

Basis for the claim: **Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Permian International Energy**

**4006 SCR 1232**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Midland**          **TX**      **79706**

Basis for the claim: **Lawsuits**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __

☑ No
☐ Yes

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 2

Debtor    **Oilfield Equipment Rental, LLC**                                    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

**3.5**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                $321,007.69
                                                                            *Check all that apply.*

**Small Business Administration**                                           ☐ Contingent

**4300 Amon Carter Blvd. Suite 114**                                        ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Fort Worth**                    **TX**      **76155**                     **Loan**

Date or dates debt was incurred       _____                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                              ☑ No
                                                                            ☐ Yes

**3.6**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                $45,094.12
                                                                            *Check all that apply.*

**Small Business Administration**                                           ☐ Contingent

**4300 Amon Carter Blvd. Suite 114**                                        ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Fort Worth**                    **TX**      **76155**                     **Loan**

Date or dates debt was incurred       _____                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                              ☑ No
                                                                            ☐ Yes

**3.7**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                $55,985.93
                                                                            *Check all that apply.*

**TSI Supply, LLC**                                                         ☐ Contingent

**PO Box 9182**                                                             ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Corpus Christi**                **TX**      **78469**                     **Goods and/or services rendered**

Date or dates debt was incurred       _____                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                              ☑ No
                                                                            ☐ Yes

**3.8**  Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is:                $2,126.31
                                                                            *Check all that apply.*

**Valvoline Instant Oil Change**                                            ☐ Contingent

**PO Box 74008513**                                                         ☐ Unliquidated
                                                                            ☐ Disputed

                                                                            **Basis for the claim:**

**Chicago**                       **IL**      **60674-8513**                **Goods and/or services rendered**

Date or dates debt was incurred       _____                        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __                              ☑ No
                                                                            ☐ Yes

Debtor    **Oilfield Equipment Rental, LLC** _____    Case number (if known) _____

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,730.29 |
|---|---|---|---|

**W. Dean Weidner**

**4001 Faudree Rd**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Odessa**      **TX**      **79765**

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $332.18 |
|---|---|---|---|

**Western Petroleum, LLC**

**PO Box 677766**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**      **TX**      **75267-7766**

Basis for the claim:
**Goods and/or services rendered**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor   **Oilfield Equipment Rental, LLC** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

4.1   **Jackson Willingham** _____   Line ___**3.4**___   __ __ __ __

**300 North Marienfield** _____   ☐ Not listed.  Explain:

**Midland           TX     79701**

Debtor  **Oilfield Equipment Rental, LLC** _____  Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| --- | --- | --- | --- |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$431,715.77** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$431,715.77** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number  _____    Chapter   **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

Debtor name **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF TEXAS**

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
|---|---|

**1.** *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. | **Real property:** Copy line 88 from Schedule A/B............................................................................... | **$3,300,000.00** |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B......................................................................... | **$321,705.27** |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B.................................................................................. | **$3,621,705.27** |

| Part 2: | Summary of Liabilities |
|---|---|

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D....................................

**$1,650,000.00**

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

| | | |
|---|---|---|
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. | **$0.00** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $431,715.77** |

**4.** **Total liabilities**
Lines 2 + 3a + 3b...................................................................................................................................

**$2,081,715.77**

**Fill in this information to identify the case:**

Debtor name    **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | First National Bank of Stanton 119 N Saint Peter St, Stanton, TX 79782 | | Construction Loan | | $1,650,000.00 | $0.00 | $1,650,000.00 |
| 2 | Small Business Administration 4300 Amon Carter Blvd. Suite 114 Fort Worth, Texas 76155 | | Loan | | | | $321,007.69 |
| 3 | TSI Supply, LLC PO Box 9182 Corpus Christi, TX 78469 | | Goods and/or services rendered | | | | $55,985.93 |
| 4 | Small Business Administration 4300 Amon Carter Blvd. Suite 114 Fort Worth, Texas 76155 | | Loan | | | | $45,094.12 |
| 5 | Forum US, Inc. PO Box 203325 Dallas, TX 75320-3325 | | Goods and/or services rendered | | | | $3,139.25 |

Debtor  **Oilfield Equipment Rental, LLC**  Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  W. Dean Weidner 4001 Faudree Rd Odessa, TX 79765 | | Goods and/or services rendered | | | | $2,730.29 |
| 7  Valvoline Instant Oil Change PO Box 74008513 Chicago, IL 60674-8513 | | Goods and/or services rendered | | | | $2,126.31 |
| 8  Broadhead, LLC 1701 Turkey Creek Rd Mineral Wells, TX 76067 | | Goods and/or services rendered | | | | $1,300.00 |
| 9  Western Petroleum, LLC PO Box 677766 Dallas, TX 75267-7766 | | Goods and/or services rendered | | | | $332.18 |
| 10  Permian International Energy 4006 SCR 1232 Midland, TX 79706 | | Lawsuits | Contingent Unliquidated Disputed | | | $0.00 |
| 11  Card Service Center PO Box 569100 Dallas, TX 75356-9100 | | Goods and/or services rendered | | | | $0.00 |

**Fill in this information to identify the case and this filing:**

Debtor Name   **Oilfield Equipment Rental, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/25/2023**          X **/s/ Nancy Fuller** _____
       MM / DD / YYYY              Signature of individual signing on behalf of debtor

 

                                 **Nancy Fuller** _____
                                 Printed name

                                 **Member** _____
                                 Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **Oilfield Equipment Rental, LLC**                              CASE NO

                                                                    CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/25/2023 _____          Signature  **/s/ Nancy Fuller** _____
                                                    *Nancy Fuller*
                                                    *Member*

Date _____            Signature _____

Broadhead, LLC
1701 Turkey Creek Rd
Mineral Wells, TX 76067


Card Service Center
PO Box 569100
Dallas, TX 75356-9100


First National Bank of Stanton
119 N Saint Peter St,
Stanton, TX 79782


Forum US, Inc.
PO Box 203325
Dallas, TX 75320-3325


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Jackson Willingham
300 North Marienfield
Midland, TX 79701


Midland College
PO Box 908002
Midland, TX 79708-0002


Midland County
PO Box 908002
Midland, TX 79708-0002


Midland Hospital
PO Box 908002
Midland, TX 79708-0002

Midland ISD
PO Box 908002
Midland, TX 79708-0002


Permian International Energy
4006 SCR 1232
Midland, TX 79706


Small Business Administration
4300 Amon Carter Blvd. Suite 114
Fort Worth, Texas 76155


TSI Supply, LLC
PO Box 9182
Corpus Christi, TX 78469


United States Attorney's Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204


United States Trustee's Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231


Valvoline Instant Oil Change
PO Box 74008513
Chicago, IL 60674-8513


W. Dean Weidner
4001 Faudree Rd
Odessa, TX 79765


Western Petroleum, LLC
PO Box 677766
Dallas, TX 75267-7766